UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MICHAEL D. HUGHES,** | ) |
| Petitioner, | ) |
| v. | ) NO. 3:05-0120 |
| | ) JUDGE ECHOLS |
| **HOWARD CARLTON, Warden,** | ) |
| Respondent. | ) |

### ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Petitioner's Objections (Docket Entry No. 20) to the Magistrate Judge's Report and Recommendation (Docket Entry No. 19) are hereby OVERRULED;

(2) The Magistrate Judge's Report and Recommendation (Docket Entry No. 19) is hereby ACCEPTED;

(3) Respondent's Motion for Summary Judgment (Docket Entry No. 7) is hereby GRANTED; and

(4) This habeas corpus action brought under 28 U.S.C. § 2254 is hereby DISMISSED WITH PREJUDICE.

Because Petitioner cannot demonstrate that reasonable jurists would find the Court's assessment of the constitutional claims debatable or wrong, a Certificate of Appealability will not issue. See Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE